# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BARBARA FONTENOT ARCENEAUX and DAWANA FONTENOT TRAHAN** | **:** | **DOCKET NO. 06-1267** |
| **VS.** | **:** | **JUDGE MINALDI** |
| **STATE FARM MUTUAL AUTO INSURANCE CO. and KACY KOVAC and ALLSTATE INSURANCE CO.** | **:** | **MAGISTRATE JUDGE WILSON** |

## REPORT AND RECOMMENDATION

Before the court is a joint motion to remand [doc. # 9][1] by plaintiffs and defendants State Farm Automobile Insurance Co. and Kacy Kovac  This matter was removed to federal court on the basis of diversity jurisdiction.  28 U.S.C. § 1332.  The motion to remand alleges that the plaintiffs' claims do not exceed the $75,000+ threshold amount required for the exercise of diversity jurisdiction.  The plaintiffs have stipulated that their damages do not exceed $75,000. *See* Joint Stipulation, filed 10/2/2006 [doc. 8] and Joint Motion ¶¶ 1-6 [doc. 9].  By letter dated March 9, 2007, defendant Allstate Insurance Co. advised that it has no objection to the Motion to Remand.

Accordingly, the court finds that the amount in controversy does not exceed the minimum amount required to invoke federal diversity jurisdiction.  *DeAguilar v. Boeing Co.*, 47 F.3d 1404

---

[1] The motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A).

(5th Cir. 1995). Subject matter jurisdiction is lacking and remand is required. 28 U.S.C. § 1447(c). For the foregoing reasons,

IT IS RECOMMENDED that plaintiff's motion to remand [doc. # 9] be GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on March 15, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE